2/05/13 5:32PM

B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Middle District of North Carolina | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hayes Iron & Metal, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1137624** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2508 Walters Mill Road**<br>**Providence, NC**<br><br>ZIP Code **27315** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| --- | --- |
| County of Residence or of the Principal Place of Business:<br>**Caswell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 157**<br>**Providence, NC**<br><br>ZIP Code **27315** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>    **Hayes Iron & Metal, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>    Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____<br>
        (Name of landlord that obtained judgment)

        _____<br>
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hayes Iron & Metal, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Jason L. Hendren / Rebecca F. Redwine**
Signature of Attorney for Debtor(s)

**Jason L. Hendren / Rebecca F. Redwine 26869 / 37012**
Printed Name of Attorney for Debtor(s)

**Hendren & Malone, PLLC**
Firm Name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**

Address

**Email: jhendren@hendrenmalone.com**
**(919) 573-1422  Fax: (919) 420-0475**
Telephone Number

**February  5, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Douglas T. Alderson, II**
Signature of Authorized Individual

**Douglas T. Alderson, II**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  5, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re     **Hayes Iron & Metal, Inc.**

Debtor(s)

Case No.

Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ace Steel**<br>**Attn: Managing Agent**<br>**P.O. Box 12321**<br>**Roanoke, VA 24024** | **Ace Steel**<br>**Attn: Managing Agent**<br>**P.O. Box 12321**<br>**Roanoke, VA 24024** | **business debt** | | **12,188.36** |
| **Aerofin Corporation**<br>**Attn: Managing Agent**<br>**P.O. Box 10819**<br>**Lynchburg, VA 24506** | **Aerofin Corporation**<br>**Attn: Managing Agent**<br>**P.O. Box 10819**<br>**Lynchburg, VA 24506** | **business debt** | | **3,565.55** |
| **American Express**<br>**Attn: Managing Agent**<br>**Box 0001**<br>**Los Angeles, CA 90096** | **American Express**<br>**Attn: Managing Agent**<br>**Box 0001**<br>**Los Angeles, CA 90096** | **business debt** | | **67,425.58** |
| **Canatal Steel USA, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 7429**<br>**Roanoke, VA 24019** | **Canatal Steel USA, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 7429**<br>**Roanoke, VA 24019** | **business debt** | | **11,875.36** |
| **Carolina National Transportation Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 6197**<br>**Chicago, IL 60680-6197** | **Carolina National Transportation Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 6197**<br>**Chicago, IL 60680-6197** | **business debt** | | **102,476.40** |
| **Carroll County Recycling**<br>**Attn: Managing Agent**<br>**P.O. Box 1375**<br>**Hillsville, VA 24343** | **Carroll County Recycling**<br>**Attn: Managing Agent**<br>**P.O. Box 1375**<br>**Hillsville, VA 24343** | **business debt** | | **4,844.50** |
| **Companion Property & Casualty Group**<br>**Attn: Managing Agent**<br>**P.O. Box 6000**<br>**Columbia, SC 29260** | **Companion Property & Casualty Group**<br>**Attn: Managing Agent**<br>**P.O. Box 6000**<br>**Columbia, SC 29260** | **business debt** | | **44,552.89** |
| **DanChem Technologies, Inc.**<br>**Attn: Managing Agent**<br>**1975 Old Richmond Road**<br>**Danville, VA 24540** | **DanChem Technologies, Inc.**<br>**Attn: Managing Agent**<br>**1975 Old Richmond Road**<br>**Danville, VA 24540** | **business debt** | | **3,855.56** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Hayes Iron & Metal, Inc.**               Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Diebold**<br>**Attn: Managing Agent**<br>**5595 Mayfair Road**<br>**North Canton, OH 44720** | **Diebold**<br>**Attn: Managing Agent**<br>**5595 Mayfair Road**<br>**North Canton, OH 44720** | **business debt** | | **25,776.00** |
| **GE Capital**<br>**Attn: Managing Agent**<br>**P.O. Box 536447**<br>**Atlanta, GA 30353-6447** | **GE Capital**<br>**Attn: Managing Agent**<br>**P.O. Box 536447**<br>**Atlanta, GA 30353-6447** | **business debt** | | **31,358.00** |
| **Genesis Attachments LLC**<br>**Attn: Managing Agent**<br>**7145 Solution Center**<br>**Chicago, IL 60677-7001** | **Genesis Attachments LLC**<br>**Attn: Managing Agent**<br>**7145 Solution Center**<br>**Chicago, IL 60677-7001** | **business debt** | | **4,999.66** |
| **Higgins Engineering**<br>**Attn: Managing Agent**<br>**390 Lexington Turnpike**<br>**Amherst, VA 24521** | **Higgins Engineering**<br>**Attn: Managing Agent**<br>**390 Lexington Turnpike**<br>**Amherst, VA 24521** | **business debt** | | **5,500.00** |
| **Key Equipment Finance**<br>**Attn: Managing Agent**<br>**P.O. Box 74713**<br>**Cleveland, OH 44194** | **Key Equipment Finance**<br>**Attn: Managing Agent**<br>**P.O. Box 74713**<br>**Cleveland, OH 44194** | **business debt** | | **15,682.17** |
| **Machine & Welding Supply Co.**<br>**Attn: Managing Agent**<br>**P.O. Box**<br>**Dunn, NC 28335-1708** | **Machine & Welding Supply Co.**<br>**Attn: Managing Agent**<br>**P.O. Box**<br>**Dunn, NC 28335-1708** | **business debt** | | **3,587.73** |
| **Multi-Wall Packaging**<br>**Attn: Managing Agent**<br>**4010 Suburban Drive**<br>**Danville, VA 24540** | **Multi-Wall Packaging**<br>**Attn: Managing Agent**<br>**4010 Suburban Drive**<br>**Danville, VA 24540** | **business debt** | | **3,500.00** |
| **Owens Brothers Warehouses, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 503**<br>**Elizabeth City, NC 27907** | **Owens Brothers Warehouses, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 503**<br>**Elizabeth City, NC 27907** | **business debt** | | **3,880.34** |
| **The Goodyear Tire & Rubber Company**<br>**Attn: Managing Agent**<br>**1901 Goodyear Boulevard**<br>**Danville, VA 24541-6664** | **The Goodyear Tire & Rubber Company**<br>**Attn: Managing Agent**<br>**1901 Goodyear Boulevard**<br>**Danville, VA 24541-6664** | **business debt** | | **8,188.59** |
| **The Timken Company**<br>**Attn: Managing Agnet**<br>**1835 Dueber Avenue S.W.**<br>**Canton, OH 44706** | **The Timken Company**<br>**Attn: Managing Agnet**<br>**1835 Dueber Avenue S.W.**<br>**Canton, OH 44706** | **business debt** | | **5,500.00** |
| **Thompson Trucking, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 969**<br>**Concord, VA 24538** | **Thompson Trucking, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 969**<br>**Concord, VA 24538** | **business debt** | | **157,062.61** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Hayes Iron & Metal, Inc.**                                  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Wesbell**<br>**Attn: Managing Agent**<br>**555 Lucy Garrett Road**<br>**Roxboro, NC 27574** | **Wesbell**<br>**Attn: Managing Agent**<br>**555 Lucy Garrett Road**<br>**Roxboro, NC 27574** | **business debt** | | **104,854.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 5, 2013**  _____    Signature   **/s/ Douglas T. Alderson, II**
                                                         **Douglas T. Alderson, II**
                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

```
Accutech Fabrication
Attn: Managing Agent
910 Orchard Street
Lynchburg, VA 24501


Ace Steel
Attn: Managing Agent
P.O. Box 12321
Roanoke, VA 24024


Aerofin Corporation
Attn: Managing Agent
P.O. Box 10819
Lynchburg, VA 24506


AFLAC
Attn: Managing Agent
1932 Wynnton Road
Columbus, GA 31999-0797


American Express
Attn: Managing Agent
Box 0001
Los Angeles, CA 90096


American National Bank
Attn: Managing Agent or Officer
628 Main Street
Danville, VA 24541


Appalachian Electric Power
Attn: Managing Agent
P.O. Box 24413
Canton, OH 44701


AT&T Mobility
Attn: Managing Agent
P.O. Box 6463
Carol Stream, IL 60197-6463


Bankruptcy Administrator
Attn: Michael D. West
P.O. Box 1828
Greensboro, NC 27402
```

BB&T
Attn: Managing Agent or Officer
5130 Parkway Plaza Blvd.
Charlotte, NC 28217


Canatal Steel USA, Inc.
Attn: Managing Agent
P.O. Box 7429
Roanoke, VA 24019


Carolina National Transportion Inc.
Attn: Managing Agent
P.O. Box 6197
Chicago, IL 60680-6197


Carroll County Recycling
Attn: Managing Agent
P.O. Box 1375
Hillsville, VA 24343


Caswell County Tax Collector
Attn: Managing Agent
P.O. Box 204
NC 27369


Century Link
Attn: Managing Agent
P.O. Box 1319
Charlotte, NC 28201


Clement & Wheatley
Attn: Managing Agent
P.O. Box 8200
Danville, VA 24543


Comcast
Attn: Managing Agent
P.O. Box 3005
Southeastern, PA 19398-3005


Command Transportation
Attn: Managing Agent
2633 Paysphere Circle
Chicago, IL 60674

Commonwealth Radio Services
Attn: Managing Agent
P.O. Box 129
Blairs, VA 24527


Companion Property & Casualty Group
Attn: Managing Agent
P.O. Box 6000
Columbia, SC 29260


Computer Barn
Attn: Managing Agent
4972 Route 29 North
Blairs, VA 24527


CP Films
Attn: Managing Agent
4210 The Great Road
Fieldale, VA 24089


DanChem Technologies, Inc.
Attn: Managing Agent
1975 Old Richmond Road
Danville, VA 24540


Danville Register & Bee
Attn: Managing Agent
P.O. Box 25908
Richmond, VA 23260-5908


Davenport Communications
Attn: Managing Agent
P.O. Box 1079
Chatham, VA 24531


Diebold
Attn: Managing Agent
5595 Mayfair Road
North Canton, OH 44720


E.B.I.
Attn: Managing Agent
745 Kentuck Road
Danville, VA 24540

Eddie's Welding Equipment, Inc.
Attn: Managing Agent
2719 Fifth Street, Unit J
Stafford, TX 77477


Electroswitch
Attn: Managing Agent
P.O. Box 41129
Raleigh, NC 27604


Embarq
Attn: Managing Agent
P.O. Box 9001401
Louisville, KY 40290


Equity Foods
Attn: Managing Agent
P.O. Box 1436
Reidsville, NC 27323-1436


Fastenel Company
Attn: Managing Agent
P.O. Box 978
Winona, MN 55987


Ferebee-Johnson Company, Inc.
Attn: Managing Agent
1611 Concord Road
Lynchburg, VA 24504


Ford Credit
Attn: Managing Agent
P.O. Box 94380
Palatine, IL 60094


Ford Credit
Attn: Managing Agent
P.O. Box 94380
Palatine, IL 60094-4380


GE Capital
Attn: Managing Agent
P.O. Box 536447
Atlanta, GA 30353-6447

Genesis Attachments LLC
Attn: Managing Agent
7145 Solution Center
Chicago, IL 60677-7001


Harris, Harvey, Neal & Co., LLP
Attn: Managing Agent
P.O. Box 3424
Danville, VA 24543


Higgins Engineering
Attn: Managing Agent
390 Lexington Turnpike
Amherst, VA 24521


Hutchens Petroleum
Attn: Managing Agent
P.O. Box 272
Stuart, VA 24171


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326


J.J. Hogan
Attn: Managing Agent
P.O. Box 10224
Danville, VA 24543


Jarrett Welding Company, Inc.
Attn: Managing Agent
954 Goodyear Boulevard
Danville, VA 24541


Jupiter Transport Services
Attn: Managing Agent
P.O. Box 9055
Jupiter, FL 33468-9055


Key Equipment Finance
Attn: Managing Agent
P.O. Box 74713
Cleveland, OH 44194

Machine & Welding Supply Co.
Attn: Managing Agent
P.O. Box
Dunn, NC 28335-1708


Motley Florist
Attn: Managing Agent


Multi-Wall Packaging
Attn: Managing Agent
4010 Suburban Drive
Danville, VA 24540


NC Department of Revenue
Attn: Managing Agent
P.O. Box 25000
Raleigh, NC 27640


Owens Brothers Warehouses, Inc.
Attn: Managing Agent
P.O. Box 503
Elizabeth City, NC 27907


Piedmont Bobcat, LLC
Attn: Managing Agent
P.O. Box 2595
Kernersville, NC 27285


Piedmont Primecare
Attn: Managing Agent
130 Enterprise Drive
Danville, VA 24540


Piedmont Printing & Graphics
Attn: Managing Agent
521 Monroe Street
Danville, VA 24541


Piedmont Truck Tires, Inc.
Attn: Managing Agent
P.O. Box 18228
Greensboro, NC 27419

Precision Electronic Services, Inc.
Attn: Managing Agent
332 Ringgold Ind. Parkway
Danville, VA 24540


Quality Control Exterimator Co.
Attn: Managing Agent
P.O. Box 400
Blairs, VA 24527


Safeguard Business Systems
Attn: Managing Agent
P.O. Box 88043
Chicago, IL 60680-1043


Scott-Gallaher, Inc
Attn: Managing Agent
P.O. Box 490
Cloverdale, VA 24077


Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave. NW
Washington, DC 20220


Securities & Exchange Commission
Branch of Reorganization
950 East Paces Ferry Road, N.E Suit
Atlanta, GA 30326-1323


Star News Corporation
Attn: Managing Agent
P.O. Box 5146
Martinsville, VA 24115


The Goodyear Tire & Rubber Company
Attn: Managing Agent
1901 Goodyear Boulevard
Danville, VA 24541-6664


The Timken Company
Attn: Managing Agnet
1835 Dueber Avenue S.W.
Canton, OH 44706

Thompson Trucking, Inc.
Attn: Managing Agent
P.O. Box 969
Concord, VA 24538


Time Warner Cable
Attn: Managing Agent
P.O. Box 11820
Newark, NJ 07101-8120


UniFirst Corporation
Attn: Managing Agent
526 Piney Grove Road
Kernersville, NC 27284


United States Attorney
Federal Bulding
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461


Wells Fabrication
Attn: Managing Agent
P.O. Box 37
Gladestone, VA 24553


Wells Fargo Capital Finance
Attn: Managing Agent
P.O. Box 7777
San Francisco, CA 94120


Wesbell
Attn: Managing Agent
555 Lucy Garrett Road
Roxboro, NC 27574


White Oak Family Physicians PA
Attn: Managing Agent
550 White Oak Street
Asheboro, NC 27203


Wilco Inc.
Attn: Managing Agent
P.O. Box 127
Danville, VA 24543

```
Yellow Book Mid-Atlantic
Attn: Managing Agent
P.O. Box 11815
Newark, NJ 07101-8115


Ziplocal
Attn: Managing Agent
P.O. Box 2277
Orem, UT 84059-2277
```